MASON T. BARKER, Respondent, *v.* THE NEW YORK CENTRAL
AND HUDSON RIVER RAILROAD COMPANY, Appellant.

WILLIAM GARDNER, Jr., Respondent, *v.* THE SAME, Appellant.

(Submitted September 23, 1874; decided January term, 1875.)

THESE were actions to recover statutory penalties for taking excessive fare. Decided upon authority of *Fisher* v. *N. Y. C. and H. R. R. R. Co.* (46 N. Y., 644).

*A. P. Laning* for the appellant.

*Williams & Potter* for the respondents.

DWIGHT, C., reads for modification, so as to reduce recovery to one penalty and excess of fares paid, and as thus modified for affirmance.
All concur.
Judgment accordingly.